UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80139-CIV-MARRA

LORI ANN CIVITILLO,
for herself and others similarly situated,

Plaintiff,

vs.

THE KOLTER GROUP LLC,
KOLTER TOWER REALTY LLC,
ROBERT JULIEN, individually and
JOHN CSAPO, individually,

Defendants.
_______________________________________/

**PLAINTIFF'S NOTICE**
**OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, LORI ANN CIVITILLO, by and through her undersigned counsel, serves this notice of voluntary dismissal with prejudice of this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties paying their own costs and fees. The Defendants have not served either an answer or a motion for summary judgment.

Respectfully submitted on this 31st day of March, 2017

By: ***Steven L. Schwarzberg***
Steven L. Schwarzberg, Esq.
Fla. Bar. No.: 0306134
**SCHWARZBERG & ASSOCIATES**
*Counsel for Plaintiff*
625 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel: (561) 659-3300
steve@schwarzberglaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2017, I electronically filed the foregoing document with the Clerk of Court using the EM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ***Steven L. Schwarzberg***

Steven L. Schwarzberg, Esq.

**SERVICE LIST**

Howard Erbstein and
Adam Koppel, Esq. Fla. Bar No.: 86048
**THE KOLTER GROUP LLC**
*Defendants*
701 S Olive Ave Apt 104
West Palm Beach, FL 33401-6106
Tel: (561) 682-9500 x454
akoppel@kolter.com

SCHWARZBERG & ASSOCIATES
Attorneys for Plaintiff
625 N. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 659-3300
Facsimile: (561) 693-4540

By: ***Steven L. Schwarzberg***
STEVEN L. SCHWARZBERG
Florida Bar No.: 0306134
Primary Email: steve@schwarzberglaw.com
Secondary: mail@schwarzberglaw.com