UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80139-CIV-MARRA

LORI ANN CIVITILLO, for herself
and others similarly situated,

Plaintiff,

vs.

THE KOLTER GROUP LLC,
KOLTER TOWER REALTY LLC,
ROBERT JULIEN, individually
and JOHN CSAPO, individually,

Defendants.
______________________________/

# FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 10].

**THE COURT** has considered the filing, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby **DISMISSED** with prejudice. Fed. R. Civ. P. 41(a)(1). Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of March, 2017.

______________________________
KENNETH A. MARRA
United States District Judge